**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KELLY LETO,

                Plaintiff,                22 **CIVIL** 00863 (SDA)

-v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 03, 2023, that the Plaintiff's motion is granted, the Commissioner's motion is denied, and this action is remanded for further proceedings.

**Dated:**  New York, New York
            March 03, 2023

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**