```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelly Leto,

                **Plaintiff,**

-against-

Commissioner of Social Security,

                **Defendant.**

1:22-cv-00863 (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than June 20, 2023, the Commissioner shall file any response to Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Mot. for Attorney Fees, ECF No. 35.)

SO ORDERED.

DATED:    New York, New York
               June 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge